377 A.2d 1003

Spinelli v. Spinelli, Appellant.

 Ar-
gued June 13, 1977. Robert J. Donohue, for appellant; Fred Fromhold, with him Thomas J. Burke, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

PRICE, J., did not participate in the consideration or decision of this case.